# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL IBARRA, | Case No.: 2:18-cv-01706-MMD-VCF |
| Plaintiff(s), | **Order** |
| v. | |
| CENTURY SECURITY MANAGEMENT OF LAS VEGAS CORP., | |
| Defendant(s). | |

On September 7, 2018, the Court set an early neutral evaluation for October 25, 2018. Docket No. 5. When it became clear that the parties were not adequately prepared for that early neutral evaluation, the Court continued it to November 14, 2018. Docket No. 11. The Court ordered that the early neutral evaluation was being delayed so the parties could "exchange[] initial disclosures, review[] those disclosures, and [have] the opportunity for preliminary discussions with one another." *Id.* The Court also provided more than two weeks to amend the early neutral evaluation statements, ordering that they were due by November 9, 2018. *Id.*

The Court is now in receipt of Plaintiff's amended early neutral evaluation statement, which indicates that there have been no settlement discussions and Plaintiff has not yet even formulated an initial demand. The Court declines to expend its scarce resources in an effort to help facilitate settlement between the parties when its orders have not been followed. *See, e.g.*, Docket No. 5 at 3 (the early neutral evaluation statement must "[p]rovide the initial settlement

proposal that will be presented at the early neutral evaluation").[1]  The early neutral evaluation is therefore **VACATED**.

To the extent the parties wish to engage in an early neutral evaluation, they may file a stipulation with five dates on which all required participants are available.  Any such stipulation must certify that the parties at that time have all required information to submit an early neutral evaluation statement in compliance with the Court's order (Docket No. 5) and that counsel have exchanged with one another their initial settlement proposals to ensure that appropriate representatives appear at the early neutral evaluation.[2]  The Court will determine at that time whether to reset the early neutral evaluation.

IT IS SO ORDERED.

Dated: November 9, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] There has been ample opportunity for lead counsel to coordinate with Plaintiff and with co-counsel to formulate an initial demand.

[2] The parties shall also certify that they have provided initial disclosures and have carefully reviewed them.  The instant statement references that there "may be" certain evidence and speculates as to its content, when the Court would expect that evidence to have been exchanged in initial disclosures and analyzed prior to the submission of the early neutral evaluation statement.