# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL IBARRA,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>CENTURY SECURITY MANAGEMENT OF LAS VEGAS CORP.,<br><br>　　　Defendant(s). | Case No.: 2:18-cv-01706-MMD-VCF<br><br>**Order** |

On November 9, 2018, the Court ordered that, to the extent the parties wish to engage in an early neutral evaluation, they may file a stipulation with available dates. Docket No. 16. No such stipulation has been filed. Accordingly, the Clerk's Office is INSTRUCTED to remove the undersigned as the referral judge in this case and remove the ENE flag from the docket.

IT IS SO ORDERED.

Dated: August 15, 2019

_____
Nancy J. Koppe
United States Magistrate Judge