JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183/258-6983(fax)
jp@kemp-attorneys.com
*Attorney for Isabel Ibarra*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISABEL IBARRA,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURY SECURITY MANAGEMENT OF LAS VEGAS CORP., a Nevada Domestic Corporation; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-01706-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE FILING OF DISPOSITIVE MOTIONS AND APPROVE DEPOSITIONS OUTSIDE OF DISCOVERY PERIOD**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file dispositive motions in the above-captioned case sixty (60) days, up to and including **Monday, June 15, 2020** (June 13 being a Saturday) The current deadline is April 14, 2020.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

The depositions of three final witnesses were noticed by the Plaintiff for Friday, March 13, 2020. However, these witnesses developed scheduling conflicts, including one key witness, Donald Marty Stein who is both a percipient witness and designated as a Rule 30(b)(6) witness for the Defendant on several topics, being prohibited from traveling from Florida to Las Vegas for his deposition due to travel restrictions during the current coronavirus pandemic crisis. Mr. Stein will not be able to attend his deposition in Las Vegas until the first week of June 2020. The parties have agreed to take the depositions of the three final witnesses after the current discovery cutoff of March 16, 2020 in order to accommodate the witness' schedules. These three depositions are scheduled as

follows:

1. Elizabeth Ungaro April 6, 2020;
2. Larry Anderson April 17, 2020;
3. Donald Marty Stein June 5, 2020.

Defendant reserves the right to seek additional depositions should the testimony and evidence provided by these witnesses warrant them. The extension will allow the parties enough time to obtain the necessary transcripts prior to preparing their dispositive motions.

WHEREFORE, the parties respectfully request that this Court approve the above and extend the time for the parties to file their dispositive motions by sixty (60) days from the current deadline of April 14, 2020 up to and including June 15, 2020.

| Dated this _13th__ day of March, 2020 | Dated this _13th___ day of March, 2020 |
|---|---|
| KEMP & KEMP | LIPSON NEILSON P.C. |
| By: ____/s/ James P. Kemp_____<br>JAMES P. KEMP, ESQ.<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, Nevada 89130<br><br>-and-<br><br>KEVIN A. SPRENZ, ESQ.<br>SPRENZ LAW<br>9960 W. Cheyenne Avenue #170<br>Las Vegas, NV 89129<br><br>*Attorneys for Plaintiff, Isabel Ibarra* | By: ____/s/ Lisa J. Zastrow_____<br>JOSEPH P. GARIN, ESQ. (NV Bar No. 6653)<br>LISA J. ZASTROW, ESQ. (NV Bar No. 9727)<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant<br>Century Security Management of Las Vegas Corp.* |

<span style="color:red">If defendant wishes to take more depositions, it must seek leave of court.</span>

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 23, 2020 _____

2