# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ISABEL IBARRA,

        Plaintiff,

vs.

CENTURY SECURITY MANAGEMENT OF LAS VEGAS CORP.,

        Defendant.

2:18-cv-01706-MMD-VCF

**ORDER**

Before the Court is the Stipulation and Order to Extend Reopen Discovery For the Limited Purpose of Filing Dispositive Motion and Conduct Depositions Outside the Discovery Period (ECF No. 35).

Accordingly,

IT IS HEREBY ORDERED that the Stipulation and Order to Extend Reopen Discovery For the Limited Purpose of Filing Dispositive Motion and Conduct Depositions Outside the Discovery Period (ECF No. 35) is GRANTED.

IT IS FURTHER ORDERED that the discovery cut-off date, deadline to submit dispositive motion(s), and Joint Pretrial Order, are VACATED.

IT IS FURTHER ORDERED that the parties must contact Magistrate Judge Nancy J. Koppe's chambers to schedule their Early Neutral Evaluation session. If the case does not settle at the ENE, the parties must file a new discovery plan and scheduling order within 2 weeks after the ENE has concluded.

DATED this 22nd day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE