LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL IBARRA,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURY SECURITY MANAGEMENT OF LAS VEGAS CORP., a Nevada Domestic Corporation; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01706-MMD-VCF<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO STAY**<br><br>**(first request)** |

Plaintiff, ISABEL IBARRA ("Plaintiff") and Defendant, CENTURY SECURITY MANAGEMENT OF LAS VEGAS CORP ("Defendant"), by and through their respective counsel, respectfully advise this court that a settlement has been reached among the parties during private mediation.

WHEREFORE, the parties agree and stipulate as follows:

1. The current deadline to file the Pre-Trial Memorandum is currently today, **May 17, 2021.**

2. Finalizing the settlement has taken much longer than anticipated due to accounting resolution and other confidential matters, but the parties believe in good faith that the

settlement should be fully complete within fourteen (14) days.

3. Thus, the parties are seeking a stay of this matter for fourteen (14) days in which to complete the settlement and fully expect that prior to the expiration of that time the parties anticipate filing a stipulation and order dismissing this matter.

4. Thus this matter should be stayed until Monday, May 31, 2021. But because of the date falling on a Court Holiday (Memorial Day) the new date should be **June 1, 2021**.

5. Should the settlement not be concluded during that time, the Plaintiff reserves the right to seek assistance from the Court to enforce the agreement of the parties.

IT IS SO STIPULATED.

| Dated this 17th day of May, 2021<br>KEMP & KEMP<br><br>By: /s/ *James P. Kemp*<br>JAMES P. KEMP, ESQ.<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, Nevada 89130<br><br>-and-<br><br>KEVIN A. SPRENZ, ESQ.<br>SPRENZ LAW<br>9960 W. Cheyenne Avenue #170<br>Las Vegas, NV 89129<br>*Attorneys for Plaintiff, Isabel Ibarra* | Dated this 17th day of May, 2021<br>LIPSON NEILSON P.C.<br><br>By: /s/ *Lisa J. Zastrow*<br>JOSEPH P. GARIN, ESQ. (NV Bar No. 6653)<br>LISA J. ZASTROW, ESQ. (NV Bar No. 9727)<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant*<br>*Century Security Management of Las Vegas Corp.* |
|---|---|

**Ibarra v. Century Security Management of Las Vegas**

**Case No. 2:18-cv-01706-MMD-VCF**

**ORDER**

Based on the foregoing stipulation, and good cause appearing therefore,

IT IS SO ORDERED.

DATED: 5-17-2021

_____
UNITED STATES MAGISTRATE JUDGE