# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ISABEL IBARRA,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CENTURY SECURITY MANAGEMENT OF LAS VEGAS CORP., a Nevada Domestic Corporation; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>　　　　Defendant(s). | 2:18-cv-01706-MMD-VCF<br><br>**ORDER** |

The court was informed that the parties have reached a settlement in May. (ECF NO. 43). To date, the parties have not filed a proposed stipulation and order for dismissal.

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing is scheduled for 2:00 PM, October 15, 2021. The video status hearing will be vacated if a proposed stipulation and order for dismissal is filed.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, October 14, 2021.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.

1  • State your name prior to speaking for the record.

2  • Do not have others in the video screen or moving in the background.

3  • No recording of the hearing.

4  • No forwarding of any video conference invitations.

5  • Unauthorized users on the video conference will be removed.

6

7  For anyone who is not a party to the action, the call-in telephone number is (888) 273-3658, access
8  code: 3912597, and the phone must be on mute. The call must be made five minutes prior to the hearing
9  time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

10  DATED this 24th day of September, 2021.

11  _____
    CAM FERENBACH
12  UNITED STATES MAGISTRATE JUDGE