LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL IBARRA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CENTURY SECURITY MANAGEMENT OF LAS VEGAS CORP., a Nevada Domestic Corporation; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 2:18-cv-01706-MMD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, ISABEL IBARRA ("Plaintiff") and Defendant, CENTURY SECURITY MANAGEMENT OF LAS VEGAS CORP ("Defendant"), by and through their respective counsel, stipulate and agree that this case be dismissed in its entirety, with prejudice, with each of the parties to bear their own attorney's fees and costs.

/././

/././

/././

**Ibarra v. Century Security Management of Las Vegas**

**Case No. 2:18-cv-01706-MMD-VCF**

IT IS SO STIPULATED.

| Dated this 28th day of September, 2021 | Dated this 28<sup>h</sup> day of September, 2021 |
|---|---|
| KEMP & KEMP | LIPSON NEILSON P.C. |
| By: /s/ *James P. Kemp* <br> JAMES P. KEMP, ESQ. <br> 7435 W. Azure Drive, Suite 110 <br> Las Vegas, Nevada 89130 <br><br> -and- <br><br> KEVIN A. SPRENZ, ESQ. <br> SPRENZ LAW <br> 9960 W. Cheyenne Avenue #170 <br> Las Vegas, NV 89129 <br> *Attorneys for Plaintiff, Isabel Ibarra* | By: /s/ *Lisa J. Zastrow* <br> JOSEPH P. GARIN, ESQ. (NV Bar No. 6653) <br> LISA J. ZASTROW, ESQ. (NV Bar No. 9727) <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br> *Attorneys for Defendant* <br> *Century Security Management of Las Vegas Corp.* |

**ORDER**

Based on the foregoing stipulation, and good cause appearing therefore,

IT IS SO ORDERED.

DATED: September 29, 2021

_____
UNITED STATES DISTRICT JUDGE